UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   08-11582-BKC-RAM
LAWRANCE MARQUES
CONCEPCION MARQUES

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE           MAY 26 2011
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 712.38 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  MAY 25 2011                              _____
                                                NANCY N. HERKERT
                                                CHAPTER 13 TRUSTEE

Copies to:
LAWRANCE MARQUES
CONCEPCION MARQUES
10985 S.W. 107 STREET
# 210
MIAMI, FL 33176

JAMES W. SCHWITALLA, ESQUIRE
12954 S.W. 133RD COURT
MIAMI, FL 33186

COUNTRYWIDE HOME LOANS
7105 CORPORATE DR., PTX-B-209
PLANO, TX 75024

COUNTRYWIDE HOME LOANS
7105 CORPORATE DR., PTX-B-209
PLANO, TX 75024

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   08-11582-BKC-RAM
LAWRANCE MARQUES
CONCEPCION MARQUES

                                          CHAPTER 13


LAWRANCE MARQUES
CONCEPCION MARQUES
10985 S.W. 107 STREET
# 210
MIAMI, FL 33176

JAMES W. SCHWITALLA, ESQUIRE
12954 S.W. 133RD COURT
MIAMI, FL 33186


COUNTRYWIDE HOME LOANS           ---------$         657.44
7105 CORPORATE DR., PTX-B-209                CREDITOR REFUSED
PLANO, TX 75024                              CLAIM REGISTER 1-2


COUNTRYWIDE HOME LOANS           ---------$          54.94
7105 CORPORATE DR., PTX-B-209                CREDITOR REFUSED
PLANO, TX 75024                              CLAIM REGISTER 1-2


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130